

# Helen F. Dalton and Associates, P.C.
## Attorneys at Law

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. 718.263.9591 ◆ F. 718.263.9598

August 12, 2020

**Via U.S. Mail**
Ruben Sinchi
92 Wood Avenue
Mastic, New York 11950

        Re: <u>Cabrera et al v. Amendola Marble & Stone Center, Inc. et al</u>
        Docket No.: 19-cv-6530 (RRM)((VMS)

Mr. Sinchi:

    Enclosed please find the docket and most recent order in the above referenced matter. Please be advised that the parties have a conference scheduled for September 16, 2020 at 10:30am.

                            Sincerely,

                            /s/
                        Roman Avshalumov, Esq.

**U.S. District Court**
**Eastern District of New York (Brooklyn)**
**CIVIL DOCKET FOR CASE #: 1:19-cv-06530-RRM-VMS**

| | |
|---|---|
| Cabrera et al v. Amendola Marble & Stone Center, Inc. et al | Date Filed: 11/19/2019 |
| Assigned to: Judge Roslynn R. Mauskopf | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Vera M. Scanlon | Nature of Suit: 710 Labor: Fair Standards |
| Cause: 28:1331 Fed. Question | Jurisdiction: Federal Question |

**Plaintiff**

Pedro Cabrera     represented by **James Patrick Peter O'Donnell**
80-02 Kew Gardens Road
Suite 601
Kew Gardens, NY 11415
718-263-9591
Email: jamespodonnell86@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roman M. Avshalumov**
Helen F. Dalton & Associates, P.C.
80-02 Kew Gardens Road
Suite 601
Kew Gardens, NY 11415
718-263-9591
Email: avshalumovr@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alfons D'Auria**
Helen F. Dalton & Associates, P.C.
80-02 Kew Gardens Road
Ste 601
Kew Gardens, NY 11415
718-263-9591
Email: alfonsdauria@helendalton.com
*ATTORNEY TO BE NOTICED*

**Janelle Jade Romero**
Helen F. Dalton & Associates, P.C.
80-02 Kew Gardens Road
Ste 601
Kew Gardens, NY 11415
718-263-9591
Email: janellejromero19@gmail.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jesus Chale     represented by **James Patrick Peter O'Donnell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roman M. Avshalumov**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alfons D'Auria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Janelle Jade Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Edison Bermeo Berrones     represented by **James Patrick Peter O'Donnell**
*individually and on behalf of all others similarly situated*     (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roman M. Avshalumov**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alfons D'Auria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Janelle Jade Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Amendola Marble & Stone Center, Inc.     represented by **Nathan Aaron Shook**
                                              Giannasca & Shook PLLC
                                              220 Ferris Avenue
                                              White Plains, NY 10603
                                              914-220-0216
                                              Fax: 914-220-0217
                                              Email: nshook@mgnslaw.com
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Defendant**
**ABC Corporation**
*name of the corporation being fictitious and unknown to Plaintiffs*
*doing business as*
Stone Logic

**Defendant**
Joseph Amendola                               represented by **Nathan Aaron Shook**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Defendant**
Ruben Sinchi

**Defendant**
Victor Bautista
*as individuals*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2019 | 1 | COMPLAINT against All Defendants Was the Disclosure Statement on Civil Cover Sheet completed -no,, filed by Jesus Chale, Edison Bermeo Berrones, Pedro Cabrera. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 11/21/2019) |
| 11/19/2019 | 2 | Summons Issued as to All Defendants. (Bowens, Priscilla) (Entered: 11/21/2019) |
| 11/19/2019 |   | FILING FEE: $ 400.00, receipt number 4653145579 (Bowens, Priscilla) (Entered: 11/21/2019) |
| 11/21/2019 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 11/21/2019) |
| 12/16/2019 | 4 | NOTICE of Appearance by Nathan Aaron Shook on behalf of Joseph Amendola, Amendola Marble & Stone Center, Inc. (aty to be noticed) (Shook, Nathan) (Entered: 12/16/2019) |
| 12/20/2019 | 5 | Joint MOTION for Extension of Time to File Answer re 1 Complaint by Joseph Amendola, Amendola Marble & Stone Center, Inc.. (Shook, Nathan) (Entered: 12/20/2019) |
| 12/23/2019 | 6 | ORDER granting 5 Motion for Extension of Time to Answer as to Joseph Amendola and Amendola Marble & Stone Center, Inc. Defendants' deadline to answer the Complaint or otherwise move is extended to 1/10/2020. SCHEDULING ORDER: As set forth in the attached Order, an Initial Conference is scheduled for 1/30/2020 at 11:30 AM before Magistrate Judge Scanlon in Courtroom 13A South. Plaintiffs' counsel is directed to confirm with Defendants' counsel that all necessary participants are aware of this conference. In order to facilitate settlement discussions, Plaintiffs' counsel is expected to provide Defendants' counsel with a detailed calculation of damages at least one week prior to the Initial Conference. Counsel must complete the attached joint proposed scheduling order and file on ECF no later than 1/23/2020. Any requests for adjournment must be made in writing on notice to opposing parties, and must disclose whether all parties consent. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference unless in an emergency. Ordered by Magistrate Judge Vera M. Scanlon on 12/23/2019. (Quinlan, Krista) (Entered: 12/23/2019) |
| 01/14/2020 |   | Re-SCHEDULING ORDER: Due to a scheduling conflict, the Initial Conference set for 1/30/2020 will begin at 4:00 PM (not 11:30 AM) in Courtroom 13A South before Magistrate Judge Vera M. Scanlon. Counsel are to confirm amongst themselves that all are aware of this change. Ordered by Magistrate Judge Vera M. Scanlon on 1/14/2020. (Quinlan, Krista) (Entered: 01/14/2020) |
| 01/14/2020 | 7 | ANSWER to 1 Complaint by Joseph Amendola. (Shook, Nathan) (Entered: 01/14/2020) |
| 01/14/2020 | 8 | ANSWER to 1 Complaint by Amendola Marble & Stone Center, Inc.. (Shook, Nathan) (Entered: 01/14/2020) |
| 01/15/2020 | 9 | NOTICE of Appearance by James Patrick Peter O'Donnell on behalf of Edison Bermeo Berrones, Pedro Cabrera, Jesus Chale (aty to be noticed) (O'Donnell, James) (Entered: 01/15/2020) |
| 01/16/2020 | 10 | SUMMONS Returned Executed by Jesus Chale, Edison Bermeo Berrones, Pedro Cabrera. Ruben Sinchi served on 1/4/2020, answer due 1/27/2020. (Avshalumov, Roman) (Entered: 01/16/2020) |
| 01/23/2020 | 11 | Proposed Scheduling Order by Edison Bermeo Berrones, Pedro Cabrera, Jesus Chale (Avshalumov, Roman) (Entered: 01/23/2020) |
| 01/24/2020 | 12 | SUMMONS Returned Executed by Jesus Chale, Edison Bermeo Berrones, Pedro Cabrera. ABC Corporation served on 1/18/2020, answer due 2/10/2020. (Avshalumov, Roman) (Entered: 01/24/2020) |
| 01/24/2020 | 13 | SUMMONS Returned Executed by Jesus Chale, Edison Bermeo Berrones, Pedro Cabrera. Victor Bautista served on 1/18/2020, answer due 2/10/2020. (Avshalumov, Roman) (Entered: 01/24/2020) |
| 01/30/2020 |   | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon:Initial Conference Hearing held on 1/30/2020 in Courtroom 13A South. James O'Donnell appearing for Plaintiffs. Nathan Shook appearing for Defendants. See separate docket entry for Order issuing from this proceeding. (FTR Log #4:00-4:45.) (Quinlan, Krista) (Entered: 02/03/2020) |
| 01/30/2020 | 14 | SCHEDULING ORDER: As discussed during the 1/30/2020 conference (see attached order for additional detail and deadlines), an in person Status Conference is set for 2/26/2020 at 4:00 PM in Courtroom 13A South before Magistrate Judge Vera M. Scanlon. Counsel will prepare the initial disclosures as discussed, including a job list for 9-18-6/19 for Amendola; information about Red Stone; information about "Scott", the foreperson; information about Stone Logic and any interaction with Red Stone or Amendola. Plaintiffs' counsel will try to determine if the non-appearing defendants will participate. Ordered by Magistrate Judge Vera M. Scanlon on 1/30/2020. (Quinlan, Krista) (Entered: 02/03/2020) |
| 02/21/2020 | 15 | MOTION to Adjourn Conference *Scheduled for February 26, 2020* by Edison Bermeo Berrones, Pedro Cabrera, Jesus Chale. (Avshalumov, Roman) (Entered: 02/21/2020) |
| 02/24/2020 |   | ORDER granting consent 15 Motion to Adjourn Conference. At the request of the parties, the 2/26/2020 Status Conference is rescheduled to 3/13/2020 at 3:30 PM in Courtroom 13A South before Magistrate Judge Vera M. Scanlon. Counsel are to confirm amongst themselves that all are aware of this change. Ordered by Magistrate |

| | | |
|---|---|---|
| | | Judge Vera M. Scanlon on 2/24/2020. (Quinlan, Krista) (Entered: 02/24/2020) |
| 03/11/2020 | | RE-SCHEDULING ORDER: Counsel are advised that Status Conference is converted to a Telephone Conference set for 3/13/2020 at 3:30 PM before Magistrate Judge Vera M. Scanlon. The Parties are to call 877-336-1829 and type in the access code 3581283. Ordered by Magistrate Judge Vera M. Scanlon on 3/11/2020. (Quinlan, Krista) (Entered: 03/11/2020) |
| 03/13/2020 | | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon:Telephone Conference held on 3/13/2020. James O'Donnell and Alfons D'Auria appearing for Plaintiffs. Nathan Shook appearing for Defendants. See separate docket entry for Order issuing from this proceeding. (FTR Log #3:35-3:57.) (Quinlan, Krista) (Entered: 03/16/2020) |
| 03/13/2020 | 17 | SCHEDULING ORDER: As discussed during the 3/13/2020 conference (see attached order for additional detail and deadlines), all discovery must be completed by 10/16/2020. On or before 10/16/20202, the Parties will file a joint status report letter confirming that discovery is complete. On or before 11/13/2020, the Parties will initiate any dispositive motions in accordance with the Individual Rules of the District Judge. On or before 12/11/2020, the Parties will file their joint Proposed Pretrial Order. A Status Conference is set for 9/16/2020 at 10:30 AM in Courtroom 13A South before Magistrate Judge Vera M. Scanlon. Defendants Sinchi and Bautista are in settlement discussions with Plaintiffs to settle. Any settlement would be subject to Cheeks. An answer must be filed by 4/30/2020. Counsel will engage in informal discovery through 4/30/2020. Plaintiff to send a copy of the docket and order to Defendant Sinchi and Bautista and proof of service by 3/20/2020. Ordered by Magistrate Judge Vera M. Scanlon on 3/13/2020. (Quinlan, Krista) (Entered: 03/16/2020) |
| 03/16/2020 | 16 | NOTICE of Appearance by Alfons D'Auria on behalf of Edison Bermeo Berrones, Pedro Cabrera, Jesus Chale (aty to be noticed) (D'Auria, Alfons) (Entered: 03/16/2020) |
| 04/14/2020 | | STATUS REPORT ORDER: Plaintiff failed to file proof of service by 3/20/2020 as directed. Plaintiff to send a copy of the docket and order to Defendant Sinchi and Bautista and proof of service by 4/21/2020. Ordered by Magistrate Judge Vera M. Scanlon on 4/14/2020. (Quinlan, Krista) (Entered: 04/14/2020) |
| 04/21/2020 | 18 | Mail receipt (Avshalumov, Roman) (Entered: 04/21/2020) |
| 05/13/2020 | | STATUS REPORT ORDER: At the 3/13/2020 conference, counsel for Plaintiffs reported that Defendants Sinchi and Bautista were in settlement discussions with Plaintiffs. On or before 5/22/2020, Plaintiffs shall file a status report letter updating the Court regarding latest developments in the settlement discussions. Plaintiffs shall also include a proposed plan of action against Defendants Sinchi and Bautista and Defendant ABC Corporation (aka Stone Logic or Red Stone). Plaintiffs are to send a copy of the docket and this order to Defendants Sinchi and Bautista and file a proof of service by 5/20/2020. Ordered by Magistrate Judge Vera M. Scanlon on 5/13/2020. (Chean, Jasmine) (Entered: 05/13/2020) |
| 05/20/2020 | 19 | Mail receipt (Avshalumov, Roman) (Entered: 05/20/2020) |
| 05/22/2020 | 20 | Letter Re: Status Report by Edison Bermeo Berrones, Pedro Cabrera, Jesus Chale (Avshalumov, Roman) (Entered: 05/22/2020) |
| 05/26/2020 | | STATUS REPORT ORDER: On or before 7/10/2020, Plaintiffs shall file a status report letter updating the Court regarding latest developments in the settlement discussions. Ordered by Magistrate Judge Vera M. Scanlon on 5/26/2020. (Quinlan, Krista) (Entered: 05/26/2020) |
| 07/06/2020 | 21 | Request for Certificate of Default by Edison Bermeo Berrones, Pedro Cabrera, Jesus Chale (Avshalumov, Roman) (Entered: 07/06/2020) |
| 07/07/2020 | | SCHEDULING ORDER: A Telephone Conference is set for 7/29/2020 at 3:00 PM before Magistrate Judge Vera M. Scanlon. The Parties are to call 877-336-1829 and type in the access code 3581283 for the AT&T conference bridge. Should the Parties experience delays or difficulty accessing the conference bridge due to a high volume of calls, please dial again..In case of an emergency or should the Parties need to apprise the Court of any confidential developments requiring an adjournment of the telephone conference, the Parties may contact the Court via email at Scanlon_Chambers@nyed.uscourts.gov with 3 proposed alternative dates. No ex parte communications. Ordered by Magistrate Judge Vera M. Scanlon on 7/7/2020. (Quinlan, Krista) (Entered: 07/07/2020) |
| 07/10/2020 | 22 | Letter re: Status Report by Edison Bermeo Berrones, Pedro Cabrera, Jesus Chale (Avshalumov, Roman) (Entered: 07/10/2020) |
| 07/22/2020 | 23 | Letter MOTION to Adjourn Conference by Amendola Marble & Stone Center, Inc.. (Shook, Nathan) (Entered: 07/22/2020) |
| 07/23/2020 | | ORDER granting joint 23 Motion to Adjourn Conference. At the request of the parties, the 7/29/2020 Telephone Conference is rescheduled to 8/12/2020 at 11:00 AM before Magistrate Judge Vera M. Scanlon. The Parties are to call 877-336-1829 and type in the access code 3581283 for the AT&T conference bridge. Should the Parties experience delays or difficulty accessing the conference bridge due to a high volume of calls, please dial again. In case of an emergency or should the Parties need to apprise the Court of any confidential developments requiring an adjournment of the telephone conference, the Parties may contact the Court via email at Scanlon_Chambers@nyed.uscourts.gov with 3 proposed alternative dates. No ex parte communications. Ordered by Magistrate Judge Vera M. Scanlon on 7/23/2020. (Quinlan, Krista) (Entered: 07/23/2020) |
| 08/12/2020 | 24 | NOTICE of Appearance by Janelle Jade Romero on behalf of Edison Bermeo Berrones, Pedro Cabrera, Jesus Chale (aty to be noticed) (Romero, Janelle) (Entered: 08/12/2020) |
| 08/12/2020 | | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon:Telephone Conference held on 8/12/2020. Janelle Romero appearing for Plaintiffs. Nathan Aaron Shook appearing for Defendants. See separate docket entry for Order issuing from this proceeding. (FTR Log #11:03-11:40.) (Quinlan, Krista) (Entered: 08/12/2020) |
| 08/12/2020 | | ORDER: As discussed during the 8/12/2020 conference, Plaintiffs' counsel is to file a letter with the contact information for Stone Logic or Red Stone, Ruben Sinchi and Victor Bautista. Discovery schedule set at 3/13/2020 conference will remain. The parties are reminded of the 9/16/2020 telephone conference. Defendants Sinchi and Bautista and a representative of Red Stone or Stone Logic must participate. If they fail to appear, this Court may permit Plaintiffs to move for default judgment against them. The Clerk's Office is requested not to issue default requested at 21 until directed by this Court. Plaintiff to send a copy of the docket and order to Defendant Sinchi and Bautista and proof of service by 8/19/2020. Ordered by Magistrate Judge Vera M. Scanlon on 8/12/2020. (Quinlan, Krista) (Entered: 08/12/2020) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 08/12/2020 12:19:09 | | |
| PACER Login: | romanavshalumov | Client Code: |
| Description: | Docket Report | Search Criteria: | 1:19-cv-06530-RRM-VMS |
| Billable Pages: | 6 | Cost: | 0.60 |



**Helen F. Dalton and Associates, P.C.**
Attorneys at Law

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415

Ruben Sinchi
39-14 112th Street
Corona, New York 11368





US POSTAGE
$00.50
First-Class
Mailed From 11415
08/12/2020
032A 0061857202



**Helen F. Dalton and Associates, P.C.**
Attorneys at Law

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415

Ruben Sinchi
92 Wood Avenue
Mastic, NY 11950



US POSTAGE
$ 00.50
First-Class
Mailed From 11415
08/12/2020
032A 006185720



US POSTAGE
$ 00.50
First-Class
Mailed From 11415
08/12/2020
032A 0061857202

**Helen F. Dalton and Associates, P.C.**
Attorneys at Law
80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415

Victor Bautista
39-14 112th Street
Corona, New York 11368