

# Helen F. Dalton and Associates, P.C.
## Attorneys at Law

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. 718.263.9591 ♦ F. 718.263.9598

August 19, 2020

**Via ECF**
The Honorable Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Cabrera, et al. v. Amendola Marble & Stone Center, Inc., et al.**
    **Docket No. 19-CV-6530 (RRM)(VMS)**

Dear Judge Scanlon:

We represent the Plaintiffs in the above-referenced matter and we submit this letter pursuant to the Court's August 12, 2020 order to provide contact information for Defendants Stone Logic (or Red Stone), Ruben Sinchi, and Victor Bautista.

According to our research, Defendant Ruben Sinchi resides at 92 Wood Avenue, Mastic, New York 11950 and his cell phone number is (347) 229-8713. While Plaintiffs do not have access to Defendant Victor Bautista's phone number, he presently resides at 39-14 112th Street, Corona, New York 11368. Defendants were both personally served at the above-mentioned addresses.

Please be advised that our office called Mr. Sinchi without response at least five times over the last thirty days before presuming he was no longer interested in settlement and filing the request for Certificate of Default on July 6, 2020 (ECF 21).

We thank Your Honor for her consideration on this matter and remain available to provide any additional information.

Respectfully,

Roman Avshalumov, Esq.